# BREMER WHYTE
## BREMER WHYTE BROWN & O'MEARA LLP

20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BEACH, CALIFORNIA 92660
(949) 221-1000
(949) 221-1001 FAX
www.bremerandwhyte.com

NICOLE WHYTE[1,10,*]  GREGORY J. CARPENTER[1]  RONALD R. BALDONADO[1]
KEITH G. BREMER[1]  ANDREW CRANER[1,6]  KYLE P. CARROLL[1]
RAYMOND MEYER, JR[1]  ALISON K. HURLEY[1]  CURTISS S. CHAMBERLAIN[2]
PETER C. BROWN[1,2,4,10]  BRENNA V. JOHNSON[1]  BRANDI M. SEGURA[2,4]
JOHN V. O'MEARA[1,2,4]  PAUL PITINGARO[1]  ZAKIYA J. MCCULLOUGH[2]
KERE K. TICKNER[1]  RICK L PETERSON[1]  ANGEL LAWRENCE[1]
KIT NATLAND[1]  DEVIN R. LUCAS[1]  JENNIFER K. ARIAS[1,2]
TYLER D. OFFENHAUSER[1]  RACHEL A. MIHAI[1]  PRESCOTT T. JONES[2]
PATRICK AU[1]  LANCE J. PEDERSEN[1]  ANDREW S. HACKER[2]
NELSON L. COHEN[1,2]  DANIEL A. CRESPO[1]  ORCHID BARZIN[1]
JEREMY S. JOHNSON[1]  LUCIAN J. GRECO[2]  HENRY H. KANG[1]
JOHN H. TOOHEY[1,3]  JONATHAN P. BITZ[1]  STEPHEN R. FRIEDER[1]
VIK NAGPAL[1]  JOHN C. GOTTLIEB[1]  TARA H. POPOVA[2]
KAREN M. BAYTOSH[1,2]  MICHAEL H. SHEN[1]  CHATREE M. THONGKHAM[2]
MONIQUE R. DONAVAN[1]  JOHN R. CAYANGYANG[1]  SARA M. BURTON[1]
ARASH S. ARABI[1]  JENNIFER L. FELDMAN[1]  SADAF BATHAEE[1]
LANETTA D.W. RINEHART[1]  MARION V. HAMILTON-THEVENET[2]  BRIAN E. CIENIAWSKI[1,4]
JOHN J. BELANGER[2]  ASTHA GHAI[1]  LIZA M. VELAZCO[1,2,10]
PAUL A. ACKER[2]  ARDESHIR B. HORMOZYARI[1]  MARCUS D. TAPPE[2]
JOSHUA BORDIN-WOSK[1,6]  ANTHONY T. GARASI[2]  MATTHEW GUTIERREZ[1]
  KENT M. SOMMER[1]  DOMINIKA J. MORUN[2]
1 Admitted in California  MICHAEL A. D'ANDREA[1]  AMBER B. DERHAM[1]
2 Admitted in Nevada  ALEXANDER M. GIANNETTO[1,11,12]  RUT J. LAUREANO[1,2]
3 Admitted in Arizona  R. TODD WINDISCH[1]
4 Admitted in Colorado  TROY A. CLARK[2,7]
5 Admitted in Wisconsin  SHEILA C. STILES[1]
6 Admitted in Washington D.C.  SANAZ ARYANPANAH[1]
7 Admitted in Oregon  HANNAH LEE[1]
9 Admitted in Wyoming  JEFFREY W. SAAB[2]
10 Admitted in Washington  DUSTIN V. SIMMS[1]
11 Admitted in New Jersey  BENJAMIN L. PRICE[1]
12 Admitted in New York  NICOLE C. PEARSON[1,12]
13 Admitted in Illinois  NICOLE M. SLATTERY[1,2]
* Certified Family Law Specialist
  The State Bar of California Board of
  Legal Specialization

January 13, 2012

**VIA ELECTRONIC FILING**

Hon. Joseph C. Spero
United States District Court
Courtroom G
450 Golden Gate Avenue
San Francisco, CA

    **Re:**    **TransFresh Corporation v. Ganzerla and Associates, et al.**
            BWB&O Client:    PeakFresh USA
            BWB&O File No.:    3693.001
            Case No.:    CV11-06348-JCS
            **Subject:**    **Request for Telephonic Appearance**

Dear Judge Spero:

    My name is Michael H. Shen and my office is counsel of record for Defendants Ganzerla and Associates, Inc. and Gregory Ganzerla (hereinafter "Defendants"). On January 5, 2012, my office filed a Motion to Dismiss Plaintiff's Complaint on behalf of Defendants pursuant to Fed. R. Civ. Proc. rule 12(b)(6). This motion is set to be heard on February 10, 2012 at 9:30 a.m. before this Court.

    We are based out of Newport Beach, California and in the interests of keeping litigation fees, costs and expenses down, we respectfully request permission from the Court to appear telephonically at the February 10, 2012 hearing. If the Court should grant this request, I will be available at the time of the hearing in my office and can be reached via telephone landline at (949) 221-1000, extension 258.

Newport Beach    Woodland Hills    San Diego    Riverside    Northern California    Nevada    Arizona    Denver
(949) 221-1000    (818) 712-9800    (619) 236-0048    (951) 928-7791    (510) 540-4881    (702) 258-6665    (602) 274-1204    (303) 256-6327

H:\3693\001\Corr\COURT001.doc

Hon. Joseph C. Spero
BWB&O File No.: 3693.001
January 13, 2012
Page 2

   I thank the Court for considering my request. If the Court should have any questions or require anything further in regards to this request, please do not hesitate to contact my office. Thank you.

         Very truly yours,

         BREMER WHYTE BROWN & O'MEARA LLP

         Keith G. Bremer
         Michael H. Shen

kbremer@bremerandwhyte.com
mshen@bremerandwhyte.com

cc:

E. Lynn Perry
Counsel for Plaintiff TransFresh Corporation

Dated: Jan. 18, 2012

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

H:\3693\001\Corr\COURT001.doc