1  E. Lynn Perry (CA Bar 115165)
   PERRY IP GROUP A LAW CORPORATION
2  900 Larkspur Landing Circle Ste 226
   Larkspur, CA 94939
3  415-524-8683 (tel.)
   415-524-8685 (fax)
4  lperry@perryip.com
   Attorneys for Plaintiff
5  TRANSFRESH CORPORATION

6  Keith G. Bremer (State Bar No. 155920)
   kbremer@bremerandwhyte.com
7  Jeremy Johnson (State Bar No. 214989)
   jjohnson@,bremerandwhyte.com
8  Michael Shen (State Bar No. 228361)
9  mshen@,bremerandwhyte.com
   BREMER WHYTE BROWN & O'MEARA LLP
10 20320 S.W. Birch Street
   Second Floor
11 Newport Beach, California 92660
   Telephone: (949) 221-1000
12 Facsimile: (949) 221-1001
13 Attorneys for Defendants,
   GANZERLA & ASSOCIATES, INC. dba
14 PEAKFRESH USA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSFRESH CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GANZERLA & ASSOCIATES, INC., a California corporation, also doing business as PEAKFRESH USA,<br><br>Defendant. | Case No.   C 11-06348 JCS<br><br>**STIPULATED MOTION TO RESCHEDULE JOINT CASE MANAGEMENT CONFERENCE**<br><br>Date:   July 27, 2012<br>Time:  1:30 p.m.<br>Judge: Hon. JOSEPH C. SPERO<br>Place:  Courtroom G, 15th Floor |

The parties in the captioned case are scheduled for a court-connected mediation on June 12, 2012. Presently, the Case Management Conference is set for June 22, 2012, and the Joint Case Management Conference Statement is due June 15, 2012, only three days after the mediation.

Therefore, Plaintiff TRANSFRESH CORPORATION and Defendant GANZERLA & ASSOCIATES, INC. dba PEAKFRESH USA move the Court to reschedule the Case Management Conference to July 27, 2012 at 1:30 p.m. to accommodate this schedule. This date was provided by the Court's calendar Clerk and Courtroom Deputy.

Dated: May 4, 2012

Respectfully submitted,

PERRY IP GROUP A.L.C

_____
E. Lynn Perry

Attorneys for Plaintiff
TRANSFRESH CORPORATION

Dated: May 3, 2012

BREMER WHYTE BROWN & O'MEARA LLP

_____
Michael Shen

Attorneys for Defendants
GANZERLA & ASSOCIATES, INC. dba PEAKFRESH USA and GREGORY A. GANZERLA

DRAFT ORDER

For the reasons stated in the foregoing Stipulated Motion, the Case Management Conference is hereby rescheduled to July 27, 2012 at 1:30 p.m.

Date: May 8, 2012

_____
Joseph C. Spero
United States Magistrate Judge

STIPULATED MOTION TO RESCHEDULE
JOINT CASE MANAGEMENT CONFERENCE                -2-