```
E. Lynn Perry (CA Bar 115165)
PERRY IP GROUP A LAW CORPORATION
900 Larkspur Landing Circle Ste 226
Larkspur, CA 94939
415-524-8683 (tel.)
415-524-8685 (fax)
lperry@perryip.com
Attorneys for Plaintiff
TRANSFRESH CORPORATION

Keith G. Bremer (State Bar No. 155920)
kbremer@bremerandwhyte.com
Jeremy Johnson (State Bar No. 214989)
jjohnson@,bremerandwhyte.com
Michael Shen (State Bar No. 228361)
mshen@,bremerandwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001
Attorneys for Defendants,
GANZERLA & ASSOCIATES, INC. dba
PEAKFRESH USA
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSFRESH CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>GANZERLA & ASSOCIATES, INC., a California corporation, also doing business as PEAKFRESH USA,<br><br>  Defendant. | Case No.   C 11-06348 JCS<br><br>**SECOND STIPULATED MOTION TO RESCHEDULE JOINT CASE MANAGEMENT CONFERENCE**<br><br>Date:   August 31, 2012<br>Time:  1:30 p.m.<br>Judge: Hon. JOSEPH C. SPERO<br>Place:  Courtroom G, 15th Floor |

   The parties in the captioned case attended a court-connected mediation on June 12, 2012.  As a result, the parties are in earnest settlement negotiations, being facilitated by the mediator.  Counsel for the defendant will be out of the country next week, and counsel for the plaintiff will be on vacation July 2 until July 17, so the negotiations will necessarily not be concluded by the scheduled conference

1  date.  Presently, the Case Management Conference is set for July 27, 2012, and the Joint Case

2  Management Conference Statement is due July 20, 2012.  Therefore, Plaintiff TRANSFRESH

3  CORPORATION and Defendant GANZERLA & ASSOCIATES, INC. dba PEAKFRESH USA move

4  the Court to reschedule the Case Management Conference to August 31, 2012 at 1:30 p.m. to

5  accommodate this schedule.

6

7  Dated:       July 26, 2012                    Respectfully submitted,

8                                                PERRY IP GROUP A.L.C

9                                                /S/
                                                  E. Lynn Perry
10
                                                  Attorneys for Plaintiff
11                                                TRANSFRESH CORPORATION

12

13 Dated:       July 26, 2012                    BREMER WHYTE BROWN &
                                                  O'MEARA LLP
14
                                                  /S/
15                                                Michael Shen

16                                                Attorneys for Defendants
                                                  GANZERLA & ASSOCIATES, INC. dba
17                                                PEAKFRESH USA and GREGORY A.
                                                  GANZERLA
18

19                                 ~~DRAFT~~ ORDER

20       For the reasons stated in the foregoing Stipulated Motion, the Case Management Conference ~~is~~

21  ~~hereby rescheduled to August 31, 2012 at 1:30 p.m.~~
    and the Motion to Dismiss is rescheduled to August 31, 2012 at 9:30 a.m.  The joint case management conference
22  statement shall be due by August 24, 2012.

23  Date:  July 2, 2012                          _____
                                                  Joseph C. Spero
24                                                United States Magistrate Judge

25                                                [SEAL: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

26

27

28

SECOND STIPULATED MOTION TO RESCHEDULE
JOINT CASE MANAGEMENT CONFERENCE         -2-