E. Lynn Perry (CA Bar 115165)
PERRY IP GROUP A LAW CORPORATION
900 Larkspur Landing Circle Ste 226
Larkspur, CA 94939
415-524-8683 (tel.)
415-524-8685 (fax)
lperry@perryip.com
Attorneys for Plaintiff
TRANSFRESH CORPORATION

Keith G. Bremer (State Bar No. 155920)
kbremer@bremerandwhyte.com
Jeremy Johnson (State Bar No. 214989)
jjohnson@,bremerandwhyte.com
Michael Shen (State Bar No. 228361)
mshen@,bremerandwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001
Attorneys for Defendants,
GANZERLA & ASSOCIATES, INC. dba
PEAKFRESH USA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRANSFRESH CORPORATION, a Delaware corporation,

Plaintiff,

v.

GANZERLA & ASSOCIATES, INC., a California corporation, also doing business as PEAKFRESH USA,

Defendant.

Case No. C 11-06348 JCS

**THIRD STIPULATED MOTION TO RESCHEDULE JOINT CASE MANAGEMENT CONFERENCE and HEARING ON MOTION TO DISMISS**

Date: October 5, 2012
Time: 9:30 a.m.
Judge: Hon. JOSEPH C. SPERO
Place: Courtroom G, 15th Floor

The parties in the captioned case attended a court-connected mediation on June 12, 2012. As a result, the parties are in earnest settlement negotiations, being facilitated by the mediator. The parties have exchanged several drafts and have made substantial progress with three additional conferences

with the mediator. The parties have an additional conference with the mediator scheduled August 23, 2012, and it is believe that the negotiations will necessarily not be concluded by the scheduled conference date. Presently, the Case Management Conference and hearing on Plaintiff's Motion to Dismiss Defendant's Counterclaim is set for August 31, 2012 at 9:30 a.m., and the Joint Case Management Conference Statement is due August 24, 2012. Therefore, Plaintiff TRANSFRESH CORPORATION and Defendant GANZERLA & ASSOCIATES, INC. dba PEAKFRESH USA move the Court to reschedule the Case Management Conference to October 5, 2012 at 9:30 a.m. to accommodate this schedule.

Dated: August 9, 2012

Respectfully submitted,

PERRY IP GROUP A.L.C

/S/

E. Lynn Perry

Attorneys for Plaintiff
TRANSFRESH CORPORATION

Dated: August __, 2012

BREMER WHYTE BROWN & O'MEARA LLP

/S/

Michael Shen

Attorneys for Defendants
GANZERLA & ASSOCIATES, INC. dba PEAKFRESH USA and GREGORY A. GANZERLA

~~DRAFT~~ ORDER

For the reasons stated in the foregoing Stipulated Motion, the Case Management Conference and hearing on Plaintiff's Motion to Dismiss Defendant's Counterclaim is hereby rescheduled to October 5, 2012 at ~~9:30 a.m.~~ 1:30 PM.

Date: 8/20/12

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Joseph C. Spero

Joseph C. Spero
United States Magistrate Judge