# BREMER WHYTE
## BREMER WHYTE BROWN & O'MEARA LLP

NICOLE WHYTE[1,2,a,*]
KEITH G. BREMER[1]
RAYMOND MEYER, JR[1]
PETER C. BROWN[2,3,12,13]
JOHN V. O'MEARA[1,2,3]
KERB K. TICKNER[1]
KIT NATLAND[1]
TYLER D. OFFENHAUSER[1]
PATRICK AU[1]
NELSON L. COHEN[1,2]
JEREMY S. JOHNSON[1]
JOHN H. "TOOHEY"[4]
VIK NAGPAL[1]
KAREN M. BAYTOSH[1,2]
MONIQUE R. DONAVAN[1]
ARASH S. ARABI[1]
LANETTA D.W. RINEHART[4]
JOHN J. BELANGER[1]
PAUL A. ACKER[1]
JOSHUA BORDIN-WOSK[1,4]

GREGORY J. CARPENTER[1]
ANDREW CRANER[1,3]
ALISON K. HURLEY[1]
BRENNA V. JOHNSON[1]
PAUL PITINGARO[1]
RICK L. PETERSON[1]
DEVIN R. LUCAS[1]
RACHEL A. MIHAI[1]
LANCE J. PEDERSEN[1]
DANIEL A. CRESPO[1]
LUCIAN J. GRECO[1]
JONATHAN P. BITZ[1]
JOHN C. GOTTLIEB[1]
MICHAEL H. SHEN[1]
JOHN R. CAYANOYANG[1]
JENNIFER L. FELDMAN[1]
MARION V. HAMILTON-THEVENET[2]
ASTHA GHAI[1]
ARDESHIR B. HORMOZYARI[1]
ANTHONY T. GARASI[1]
KENT M. SOMMER[1]
MICHAEL A. D'ANDREA[1]
ALEXANDER M. GIANNETTO[1,11,10]
R. TODD WINDISCH[1]
TROY A. CLARK[1,5]
SHEILA C. STILES[1]
SANAZ ARYANPANAH[1]
HANNAH LEE[1]
JEFFREY W. SAAB[1]
DUSTIN V. SIMMS[1]
BENJAMIN L. PRICE[1]
NICOLE C. PEARSON[1,12]
NICOLE M. SLATTERY[1,3]

RONALD R. BALDONADO[1]
KYLE P. CARROLL[1]
CURTISS S. CHAMBERLAIN[1]
BRANDI M. SEGURA[1,2]
ZAKIYA J. MCCULLOUGH[2]
ANGEL LAWRENCE[1]
JENNIFER K. ARIAS[1,2]
PRESCOTT'T. JONES[1]
ANDREW S. HACKER[1]
ORCHID BARZIN[1]
HENRY H. KANG[1]
STEPHEN R. FRIEDER[1]
TARA H. POPOVA[1]
CHATREE M. THONGKHAM[1]
SARA M. BURTON[1]
SADAF BATHAEE[1]
BRIAN E. CIENIAWSKI[3,4]
LIZA M. VELAZCO[2,1,1]
MARCUS D. TAPPE[1]
MATTHEW GUTIERREZ[1]
DOMINIKA J. MORUN[1]
AMBER B. DERHAM[1]
RUT J. LAUREANO[1,2]

1  Admitted in California
2  Admitted in Nevada
3  Admitted in Arizona
4  Admitted in Colorado
5  Admitted in Wisconsin
6  Admitted in Washington D.C.
7  Admitted in Oregon
8  Admitted in Wyoming
9  Admitted in Washington
10 Admitted in New Jersey
11 Admitted in New York
12 Admitted in Illinois
*  Certified Family Law Specialist
   The State Bar of California Board of
   Legal Specialization

20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BEACH, CALIFORNIA 92660
(949) 221-1000
(949) 221-1001 FAX
www.bremerandwhyte.com

November 9, 2012

**VIA ELECTRONIC FILING**

Hon. Joseph C. Spero
United States District Court
Courtroom G
450 Golden Gate Avenue
San Francisco, CA

**Re:**  **TransFresh Corporation v. Ganzerla and Associates, et al.**

| | |
|---|---|
| BWB&O Client: | PeakFresh USA |
| BWB&O File No.: | 3693.001 |
| Case No.: | CV11-06348-JCS |
| **Subject:** | **Request for Telephonic Appearance** |

Dear Judge Spero:

My name is Michael H. Shen and my office is counsel of record for Defendants Ganzerla and Associates, Inc. and Gregory Ganzerla (hereinafter "Defendants").

We are based out of Newport Beach, California and in the interests of keeping litigation fees, costs and expenses down, we respectfully request permission from the Court to appear telephonically at the November 16, 2012 hearing. If the Court should grant this request, I will be available at the time of the hearing in my office and can be reached via telephone landline at (949) 221-1000, extension 258.

| Newport Beach | Woodland Hills | San Diego | Riverside | Northern California | Nevada | Arizona | Denver |
|---|---|---|---|---|---|---|---|
| (949) 221-1000 | (818) 712-9800 | (619) 236-0048 | (951) 928-7791 | (510) 540-4881 | (702) 258-6665 | (602) 274-1204 | (303) 256-6327 |

H:\3693\002\Corr\COURT001.doc

Hon. Joseph C. Spero
BWB&O File No.: 3693.001
November 9, 2012
Page 2

     I thank the Court for considering my request. If the Court should have any questions or require anything further in regards to this request, please do not hesitate to contact my office. Thank you.

                         Very truly yours,

                         BREMER WHYTE BROWN & O'MEARA LLP

                         Keith G. Bremer
                         Michael H. Shen

kbremer@bremerandwhyte.com
mshen@bremerandwhyte.com

cc:

E. Lynn Perry
Counsel for Plaintiff TransFresh Corporation

IT IS HEREBY ORDERED that Mr. Shen shall be on phone standby beginning at 1:30 PM and await the Court's call.

Date: 11/13/12

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA