E. Lynn Perry (CA Bar 115165)
PERRY IP GROUP A LAW CORPORATION
900 Larkspur Landing Circle Ste 226
Larkspur, CA 94939
415-524-8683 (tel.)
415-524-8685 (fax)
lperry@perryip.com
Attorneys for Plaintiff
TRANSFRESH CORPORATION

Keith G. Bremer (State Bar No. 155920)
kbremer@bremerandwhyte.com
Jeremy Johnson (State Bar No. 214989)
jjohnson@,bremerandwhyte.com
Michael Shen (State Bar No. 228361)
mshen@,bremerandwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001
Attorneys for Defendants,
GANZERLA & ASSOCIATES, INC. dba
PEAKFRESH USA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSFRESH CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GANZERLA & ASSOCIATES, INC., a California corporation, also doing business as PEAKFRESH USA,<br><br>Defendant. | Case No.   C 11-06348 JCS<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIM ON CONSENT** |

FRESH EXPRESS INCORPORATED, Plaintiff, having filed its Complaint in this action, and GANZERLA & ASSOCIATES, INC., a California corporation, also doing business as PEAKFRESH USA, Defendant, having filed its Answer and Counterclaim, and Plaintiff having responded to the Counterclaim, and the parties having settled their differences and having consented to the entry of this Stipulation of Dismissal on Consent;

NOW, THEREFORE, before any testimony has been taken and without any trial or adjudication of any issue of fact or law, and without any admission by any party hereto with respect to any legal or factual matter at issue;

IT IS HEREBY STIPULATED between the parties as follows:

1. Through their attorneys, the parties have consented to the entry of this Stipulation of Dismissal of Complaint and Counterclaim on Consent; and

2. Through their attorneys, the parties stipulate that the claims made in this Complaint and Counterclaim shall be dismissed with prejudice.

Dated: November 16, 2012

Respectfully submitted,

PERRY IP GROUP A.L.C

/S/
E. Lynn Perry

Attorneys for Plaintiff
TRANSFRESH CORPORATION

Dated: November 16, 2012

BREMER WHYTE BROWN & O'MEARA LLP

/S/
Michael Shen

Attorneys for Defendants
GANZERLA & ASSOCIATES, INC. dba PEAKFRESH USA

~~DRAFT~~ ORDER

Upon the Complaint and Counterclaim, and all papers and proceedings heretofore had herein, and upon the preceding Consent and Stipulation, there having been no adjudication upon the merits, it is hereby

ORDERED that the Complaint and Counterclaim in this action be dismissed with prejudice, and the parties shall each bear their respective fees and costs.

Date: 11/19/12

Joseph C. Spero
United States Magistrate

